### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**ALTON LEON FIELDS, SR.**                    **CASE NO.  6:23-CV-00104**

**VERSUS**                                              **JUDGE ROBERT R. SUMMERHAYS**

**STATE OF LOUISIANA, ET AL.**          **MAGISTRATE JUDGE WHITEHURST**

### <u>JUDGMENT</u>

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's claims are hereby dismissed without prejudice for lack of subject matter jurisdiction.

Signed at Lafayette, Louisiana, this 6th day of April, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE